

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR CERVANTES,<br><br>Defendant. | Case No.  SA CR 25-0071-DOC<br><br>ORDER OF DETENTION |

I.

On June 2, 2025, Defendant Edgar Cervantes made his initial appearance on the Indictment filed in this matter. Deputy Federal Public Defender Ryan Shelley was appointed to represent Defendant.  The government was represented by Assistant United States Attorney Lauren Border.  Defendant submitted on the

recommendation of detention in the report prepared by the United States Probation and Pretrial Services Officer.

☒   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation prepared by U.S. Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ History of substance use
- ☒ Unverified Background information
- ☒ unknown bail resources

As to danger to the community:

- ☒ allegations in the Indictment include distribution of fentanyl and methamphetamine, and felon in possession of a firearm and ammunition.
- ☒ Alleged gang affiliation and access to firearms
- ☒ Criminal History includes multiple felony convictions for narcotics related offenses, receiving stolen property, participating in a criminal street gang, vehicle theft, misdemeanor convictions and extensive law enforcement contacts.
- ☒ history of substance abuse

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will

deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 2, 2025

                                                            /s/
                                          ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE